**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JUSTINA CORCELLES HERNANDEZ,<br>REV. FR. PRISCO E. ENTINES,<br>FRANCISCO GUTIEREZ FERRER,<br>JULIETA TABOADA ABELLA,<br>MARIA LAPAY LAURENCIANO, and<br>WENCESLAO N. RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-191C<br>No. 06-193C<br>No. 06-205C<br>No. 06-434C<br>No. 06-442C<br>No. 06-449C |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF
TIME, OUT OF TIME, TO REPLY TO PLAINTIFFS'
<u>RESPONSE TO DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT</u>

Defendant respectfully requests the Court to grant a 26-day enlargement of time, out of time, to and including April 18, 2007, within which to file our reply to plaintiffs' March 9, 2007 response to our motion for a more definite statement. The reply was due on March 23, 2007. Counsel for defendant was advised by plaintiff's counsel, Richard Arnholt, on April 4, 2007, that plaintiff opposes the motion. No previous enlargements of time have been requested for this purpose.

The reason for this enlargement of time, and the reason that this motion is made out of time, is that the attorney of record assigned to this case was recently out of the office for extended sick leave, unexpectedly, for more than three weeks. During this period of time, plaintiffs' response was filed and served upon the Government. It was not until after Government counsel returned to duty, and after the deadline for filing the Government's reply had passed, that Government counsel learned for the first time that the deadline for submitting

the Government's reply had passed. Counsel has now begun preparations to fully reply to plaintiffs' response. Additional time is also requested for this purpose, however, because of counsel's continuing backlog of work and Government counsel's unavailability from August 2, 2007 until August 9, 2007.

For these reasons, we respectfully request the Court grant this motion for an enlargement of time, out of time, to extend the Government's deadline for filing its reply brief until April 18, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Kenneth S. Kessler
KENNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0313
Fax: (202) 305-7643

April 5, 2007

Attorneys for Defendant