# In the United States Court of Federal Claims

No. 06-449C

(Filed: May 17, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| WENCESLAO N. RODRIGUEZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On May 11, 2007, counsel for Defendant filed with the Court an unopposed motion for an enlargement of time in which to file its response to Plaintiff's Complaint. Defendant's motion is GRANTED. Defendant shall file its responsive pleading on or before June 1, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge