**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **REV. FR. PRISCO E. ENTINES,**<br>**JUSTINA CORCELLES HERNANDEZ,**<br>**FRANCISCO GUTIEREZ FERRER,**<br>**JULIETA TABOADA ABELLA,**<br>**MARIA LAPAY LAURENCIANO, and**<br>**WENCESLAO N. RODRIGUEZ,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **Nos. 06-193C, 06-191C, 06-205C, 06-434C, 06-442C, 06-449C**<br><br>**Judge Wheeler** |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN**
**<u>ENLARGEMENT OF TIME TO RESPOND TO THE MOTION TO DISMISS</u>**

Plaintiffs respectfully request the Court grant an enlargement of time of 30 days, to and including August 15, 2007, within which to file its response to the government's Motion to Dismiss. The fact that the Plaintiffs reside in various parts of the United States and the Philippines has caused some delay in communication, and the additional time will allow us to fully explore the issues raised by the government's motion with each of the Plaintiffs prior to filing our response.

This is our first request for an enlargement of time. On July 13, 2007, counsel for the Department of Justice, Kenneth Kessler, advised the undersigned that the government does not oppose the motion.

Respectfully submitted,

/s/ Richard W. Arnholt
Richard W. Arnholt
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 639-6025
Fax: (202) 661-4829

*Counsel of Record for Plaintiffs*

Dated: July 13, 2007

Of Counsel:
David A. Churchill
JENNER & BLOCK LLP