# In the United States Court of Federal Claims

No. 06-449C

(Filed: August 22, 2007)

```
****************************************** *
                                           *
WENCESLAO N. RODRIGUEZ,                    *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

The above-captioned case is one of six indirectly related cases originally filed by *pro se* plaintiffs in this Court. The individual plaintiffs are: Justina Corcelles Hernandez (No. 06-191C); Rev. Fr. Prisco E. Entines, (No. 06-193C); Francisco Gutierez Ferrer (No. 06-205C); Julieta Taboada Abella (No. 06-434C); Maria Napay Laurenciano (No. 06-442C); and Wenceslao N. Rodriguez (No. 06-449C). On December 11, 2006, by agreement, the Court appointed Richard W. Arnholt of the law firm of Jenner & Block LLP in Washington, DC as *pro bono* attorney of record for each of these six plaintiffs.

On July 31, 2007, Mr. Arnholt filed with the Court a motion to withdraw as attorney of record in this case and the other related cases. Mr. Arnholt represented that, based upon his understanding, Rev. Fr. Prisco E. Entines has directed the litigation on behalf of all of the plaintiffs. Mr. Arnholt stated that "certain fundamental and irreconcilable disagreements have arisen between undersigned counsel and Rev. Entines" regarding the representation. (Motion at 1). As a consequence of these disagreements, Mr. Arnholt suggests that the Court permit plaintiff to proceed with the case on a *pro se* basis.

In accordance with Rule 83.1(c)(6) of the Court's rules, Mr. Arnholt notified plaintiff of his intent to withdraw as attorney of record. Defendant does not oppose counsel's motion,

and the Court has not received from plaintiff any communication regarding counsel's request. Accordingly, for good cause shown and without opposition, Mr. Arnholt's motion to withdraw is GRANTED. The Court acknowledges with appreciation the efforts of Mr. Arnholt and his law firm to undertake this representation, and regrets that plaintiff did not see the wisdom of having highly competent legal assistance in this matter.

As of the date of this Order, plaintiff shall be required to proceed on a *pro se* basis without the assistance of legal counsel. Plaintiff is no longer represented by an attorney in this Court, and is personally responsible for the filing of all pleadings, motions, and responses.

Plaintiff also shall make note of the following:

1. Defendant has filed a motion to dismiss the complaint, dated June 14, 2007, to which plaintiff has not yet responded. Plaintiff shall file a response to this motion not later than October 10, 2007. If a response is not filed by the required date, Defendant's motion to dismiss may be granted as unopposed.

2. Also not later than October 10, 2007, plaintiff shall disclose to the Court whether he or she has made any payment to Rev. Fr. Prisco E. Entines for assistance in this matter, and if so, in what amount. Plaintiff shall further disclose whether he or she has any agreement in this matter regarding payments to Rev. Fr. Prisco E. Entines if this action results in a judgment or recovery against the United States. Full details of plaintiff's relationship with Rev. Fr. Prisco E. Entines shall be provided. Failure to furnish this information may result in dismissal of the action.

3. Because of its return to *pro se* status, this case is no longer an electronically filed case. All pleadings shall henceforth be filed in paper form with service on the opposing party in accordance with Rule 5. The Clerk of the Court is requested to serve plaintiff with a paper copy of this Order.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge